UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHELIA WEBSTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEORGE MAIR, EAN HOLDING LLC, )<br>and ACE AMERICAN INSURANCE )<br>COMPANY, )<br>)<br>Defendants. ) | No. 4:12-CV-1521 CAS |

## ORDER OF REMAND NUNC PRO TUNC

In accordance with the Memorandum and Order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that the Order of Remand issued November 2, 2012 is **vacated**. [Doc. 20]

**IT IS HEREBY ORDERED** that this matter is **REMANDED** to the Circuit Court of the County of St. Louis, State of Missouri.  See 28 U.S.C. § 1447(c).

_/s/ Charles A. Shaw_
CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE

Dated this    2nd    day of November, 2012.